IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL ERIC COBBLE, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:19-CV-890-WHA |
| ) | [WO] |
| U.S. DISTRICT MIDDLE GEORGIA, *et al*., ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

This petition for writ of habeas corpus is before the court on the November 20, 2019 Recommendation of the Magistrate Judge (Doc. # 5). Upon review of the Recommendation and the objection to the Recommendation filed by Petitioner (Doc. # 6), and after an independent review of the file, it is ORDERED that:

1. The Objection to the Recommendation (Doc. # 6) is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. # 5) is ADOPTED;

3. This case is DISMISSED without prejudice for lack of jurisdiction.

A separate Final Judgment will be entered.

DONE this 2nd day of December, 2019.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE